**Stephen LIEBB, Petitioner–Appellant,**

v.

**Vince CULLEN, Acting Warden, Acting Warden, Defendant–Appellee.**

**No. 08–17080.**

United States Court of Appeals, Ninth Circuit.

Submitted April 12, 2011.*

Filed April 14, 2011.

Stephen Liebb, San Quentin, CA, pro se.

Denise A. Yates, AGCA—Office of the California Attorney General, San Francisco, CA, for Defendant–Appellee.

Before: REINHARDT, HAWKINS, and GOULD, Circuit Judges.

*See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM **

Stephen Liebb appeals the district court's denial of his petition for a writ of habeas corpus. Liebb argues that there was not "some evidence" to support the denial of his parole. In light of *Swarthout v. Cooke*, —— U.S. ——, 131 S.Ct. 859, 178 L.Ed.2d 732 (2011) (per curiam), we hold that Liebb's federal right of due process was not violated. Liebb does not argue that he was denied an opportunity to speak at his hearing and contest the evidence against him, that he was denied access to his record in advance, or that he was not notified of the reasons why parole was denied. *See id.* at 862. Accordingly, we affirm the district court's denial of his habeas petition.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.